# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| LEONARD MICHAEL MARELLA, | CASE NO. 03cv660 BEN (AJB) |
|---|---|
| Plaintiff, | ORDER DENYING CERTIFICATE OF APPEALABILITY |
| vs. | [Dkt. No. 91] |
| C.A. TERHUNE, et al., | |
| Defendant. | |

Plaintiff filed a civil rights action based upon events that transpired while he was incarcerated. His action was dismissed for failing to exhaust his administrative remedies. Petitioner now requests a Certificate of Appealability.

Having reviewed the exhaustion issues, the Court finds that the issues presented are not debatable or adequate to deserve encouragement to proceed further.

Accordingly, Petitioner's request for is a Certificate of Appealability is **DENIED**.

DATED: August 27, 2007

_____
Hon. Roger T. Benitez
United States District Judge

- 1 -                                                                                          03cv660