cal_____

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| LEONARD MICHAEL MARELLA, | ) | Civil No.03cv660 BEN (AJB) |
| | ) | |
| Plaintiff, | ) | ORDER: |
| v. | ) | |
| | ) | 1) Setting Briefing Schedule for |
| C.A. TERHUNE, et al., | ) | Supplemental Briefing; and |
| | ) | |
| Defendants. | ) | 2) Providing Plaintiff Notice |
| | ) | Pursuant Klingele / Rand |

The Court hereby ORDERS further briefing with regard to: 1) Plaintiff's access to the 602 form and writing instrument during the relevant time period; and 2) whether Plaintiff was administered any psychiatric medications during the relevant time period. Defendants shall ***on or before January 25, 2011***, file and personally serve upon the Plaintiff: 1) supplemental briefing on these issues and 2) a copy of this Order. The Plaintiff shall file his opposition to Defendants' supplemental brief ***on or before February 15, 2011***. Should the Defendants wish to file a reply to the Plaintiff's opposition, they must do so ***on or before February 22, 2011***.

With regard to the requested supplemental briefing ordered by the Court, the Court provides the following notice to the Plaintiff pursuant to *Rand v. Rowland*, 154 F.3d 952 (9th Cir. 1998) (en banc) and *Klingele v. Eikenberry*, 849 F.2d 409 (9th Cir. 1988):

1    The Defendants have filed a Motion for Summary Judgment by which they seek to have your case dismissed. A Motion for Summary Judgment under Rule 56 of the Federal Rules of Civil Procedure will, if granted, end your case.

    Rule 56 tells you what you must do in order to oppose a Motion for Summary Judgment. Generally, summary judgment must be granted when there is no genuine issue of material fact--that is, if there is no real dispute about any fact that would affect the result of your case, the party who asked for summary judgment is entitled to judgment as a matter of law, which will end your case. When a party you are suing makes a motion for summary judgment that is properly supported by declarations (or other sworn testimony), you cannot simply rely on what your complaint says. Instead, you must set out specific facts in declarations, depositions, answers to interrogatories, or authenticated documents, as provided by Rule 56(e), that contradict the facts shown in the defendants' declarations and documents and show that there is a genuine issue of material fact for trial. If you do not submit your own evidence in opposition, summary judgment, if appropriate, may be entered against you. If summary judgment is granted, your case will be dismissed and there will be no trial.

    IT IS SO ORDERED.

DATED: January 7, 2011

_____
Hon. Anthony J. Battaglia
U.S. Magistrate Judge
United States District Court